UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KIMBERLY HAMILTON,

        Plaintiff,         Case No. 2:18-cv-13578-DML-SDD

v.         Hon. David M. Lawson

CAPITAL ONE BANK (USA), N.A.         Magistrate Stephanie Dawkins Davis

        Defendant.
_____/

**STIPULATION EXTENDING TIME TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Kimberly Hamilton and Defendant Capital One Bank (USA), N.A. ("Capital One"), hereby stipulate that Capital One may have until and including January 17, 2019, to answer the Complaint or otherwise defend in this lawsuit.

Dated: December 21, 2018

/s/ *Erin L. Hoffman*
Erin L. Hoffman (MN 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: erin.hoffman@faegrebd.com

Ryan G. Milligan (P81435)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Dr., Suite 4300
Chicago, IL 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
Email: ryan.milligan@faegrebd.com

*Counsel for Defendant*

Dated: December 21, 2018

/s/ *Sergei Lemberg* (with consent)
Sergei Lemberg
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018, I electronically filed *Stipulation Extending Time to Respond to Plaintiff's Complaint* with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all counsel of record.

/s/ *Erin L. Hoffman*