UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY HAMILTON,

        Plaintiff,                       Case Number 18-13578

v.                                             Honorable David M. Lawson

CAPITAL ONE BANK (USA), N.A.,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties,

It is **ORDERED** that the case is **DISMISSED** without prejudice and without costs to any party.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Date: February 4, 2019

Stipulated to by:

s/Sergei Lemberg
Attorney for the Plaintiff
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897

s/Erin L. Hoffman
Attorney for the Defendant
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 2 -

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 4, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI